THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William M. Stanley,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-168
Submitted January 10, 2003  Filed February 
 27, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia.
Deputy Director for Legal Services Teresa A. Knox; Legal Counsel 
 Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM: William M. Stanley appeals the 
 trial courts decision to revoke his probation in full based, in part, on the 
 failure to pay supervisory fees.  Appellate counsel has filed a final brief 
 and a petition to be relieved.  Hodges has filed a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.